

SO ORDERED,

*Edward Ellington*

Judge Edward Ellington
United States Bankruptcy Judge
Date Signed: August 19, 2015

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BANKRUPTCY PROCEEDING

PATRICIA L. SMITH  CASE NO. 13-01920 EE

### ORDER APPROVING WAIVER OF DISCHARGE

THIS MATTER COMES before the Court upon Motion to Approve Waiver of Discharge filed by Derek A. Henderson, Trustee (Docket No. 389). After notice to creditors and parties-in-interest, no objections have been filed. The Court finds that the Motion is well taken and should be granted.

THEREFORE, IT IS ORDERED that the Debtor's Waiver of Discharge is hereby approved pursuant to 11 U.S.C. §727(a)(10). Upon entry of this Order, the Trustee shall promptly file the Debtor's Waiver of Discharge with the Clerk of the Court.

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
DEREK A. HENDERSON, TRUSTEE &
ATTORNEY FOR THE TRUSTEE
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com